JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
DAMEENE DEDRICK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     No. 2:09-cr-00209-MCE
                                    )
    PLAINTIFF,                      )
                                    )     STIPULATION AND
    v.                              )     ORDER TO MODIFY THE BRIEFING
                                    )     SCHEDULE AND HEARING DATE
DAMEENE DEDRICK, et al.,             )     EXCLUDING TIME UNDER THE
                                    )     SPEEDY TRIAL ACT
    DEFENDANTS.                     )
_____)

    Plaintiff, the United States by Assistant United States Attorney, Ms. Michelle Rodriguez, and defendant Roy Rice by his attorney Matthew C. Bockman, and defendant Dameene Dedrick by his attorney James R. Greiner, all stipulate and agree to modify the briefing schedule and hearing date in this case as follows:

| | |
|---|---|
| Defense Opening Briefs due on or before | Thursday March 1, 2012 |
| Governments Opposition Briefs due on or before | Thursday March 22, 2012 |
| Defense Reply Briefs due on or before | Thursday April 5, 2012 |
| Hearing non-evidentiary on | Thursday April 12, 2012 |

1

The parties agree and stipulate that due to the complex nature of the charges in this case, the complex legal issues involved in this case (there is over 3,400 pages of discovery in this case to date), require additional time for the defense to research to determine what motions to file in this case and that the time requested is reasonable and necessary taking into consideration the entire case as a whole, and the attorneys working with reasonable diligence. Further, the parties agree that this continuance allows for both continuity of counsel and defense attorney preparation time in this complex case. The parties further stipulate and agree that the case is complex due to the amount of discovery in this case (in excess of 3,400 pages), the complex legal issues in and surrounding mortgage fraud cases, and the research needed regarding determining what motions to file in this case.

The parties stipulate and agree that this Court should order time under the Speedy Trial Act continue to be excluded from **Thursday, November 10, 2011,** up to and including **Thursday, April 12, 2012**, under the Speedy Trial Act for case complexity, Local Code T-2 which refers to Title 18 U.S.C. section 3161(h)(7)(B)(ii)) and for defense counsel preparation in this case, and that all counsel for all parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, Local Code T-4 which refers to Title 18 U.S.C. section 3161(h)(7)(B)(iv).

Further, all parties agree and stipulate that the Court in making these factual findings supports the Court's finding that in this case the ends of justice are served by this continuance and outweigh both the public's right to a speedy trial in this case and each defendant's right to a speedy trial in this case.

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 2-7-12  /s/ MICHELLE RODRIGUEZ (via e mail approval)
_____
Michelle Rodriguez, ASSISTANT US ATTORNEY

DATED: 2-7-12  /s/ MATTHEW C. BOCKMAN(via email approval)
_____
Matthew C. Bockman
Attorney for Defendant Roy Rice

DATED: 2-7-12  /s/ JAMES R. GREINER
_____
James R. Greiner
Attorney for Defendant Dameene Dedrick

**ORDER**

**THE COURT MAKES THE FOLLOWING FINDINGS:**

The Court finds that the ends of justice served in this case by granting this modification of the briefing schedule and re-scheduling the hearing date outweighs both the public's right to a speedy trial in this case and each of the defendant's right to a speedy trial in this case based on the following facts:

1- The parties agree and stipulate that the case is complex due to the complex nature of the charges in this mortgage fraud case in which the government has produced over 3,400 pages of discovery to date:

2- the complex legal issues involved in this case, with the over 3,400 pages of discovery in this case to date, the legal issues are complex in nature as mortgage fraud litigation is a continuing evolving area of the law in Federal Court and legal research is needed in complex cases to determine the state of the law and specifically in this case, legal research into the areas of fraud, misrepresentation, reliance, actual loss, collateralization of loans, non-collateralization of loans, broker practices, bank's reliance and other issues;

3- Due to the complex nature of this specific case as detailed herein, defense counsel require additional time to research to determine what motions to file in this case and that the time requested is reasonable and necessary taking into consideration the entire case as a whole, and the attorneys working with

reasonable diligence.

4- This continuance allows for both continuity of counsel and defense attorney preparation time in this complex mortgage fraud case and the Court takes into consideration the exercise of due diligence on behalf of all counsel in this case in making these findings:

Therefore, based on the Court's specific findings in this case and the parties agreements and stipulations as set forth herein and supported by the findings of facts in this case as set forth herein which the Court adopts in full, time is excluded under the Speedy Trial Act from **Thursday, November 10, 2011**, to and including **Thursday, April 12, 2012**, under the Speedy Trial Act under Local Code T-4 (time for defense counsel preparation) and Title 18 U.S.C. section 3161(h)(7)(B)(iv).

**THE DEFENDANTS ARE ORDERED TO APPEAR.**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: February 14, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE