```
1  BENJAMIN B. WAGNER
   U.S. Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>            Plaintiff,       )<br>    v.                          )<br>DEMEENE DEDRICK, and            )<br>ROY L. RICE,                    )<br>            Defendant.          )<br>_____) | Case No. 2:09-cr-00209-MCE<br><br>MOTION TO DISMISS COUNTS 1,2,5<br>AND 6; ORDER THEREON |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice Counts One, Two, Five and Six of the 5/7/2009 Indictment in the above referenced case, CR No 09-209-MCE, as against both defendant RICE and defendant DEDRICK.

DATED: 10/16/2012                      BENJAMIN WAGNER
                                       U.S. Attorney
                                          /s/Michelle Rodriguez
                                       By _____
                                          MICHELLE RODRIGUEZ
                                          Assistant U.S. Attorney

///

///

///

**ORDER**

The United States' motion to dismiss without prejudice Counts One, Two, Five and Six of the 5/7/2009 Indictment in the above referenced case, CR No 09-209-MCE, as against both defendant RICE and defendant DEDRICK is GRANTED.

IT IS SO ORDERED.

Dated: October 22, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE